**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Companhia Siderurgica Do Pecem v. Evraz, Inc. NA

Appellate case number:  01-21-00270-CV

Trial court case number:  2020-45715

Trial court:            234th District Court of Harris County

This is an accelerated appeal from the trial court's May 6, 2021 order denying appellant's special appearance. The parties have filed a joint motion to abate the appeal to permit the parties to complete the details of their signed settlement agreement.

The Court **grants** the motion and orders the appeal removed from the active docket and **abated for 60 days** to permit the parties to complete their settlement negotiations. The parties **must either file a motion to dismiss or reinstate the appeal or an update of the status of settlement efforts within 60 days from the date of this order.** The Court may reinstate on its own motion after the conclusion of 60 days if the parties have not filed a motion or status update.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: ___October 7, 2021_____